```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 28183
   JAMES ANDERSON WOODS
   MARIA ESTELLA WOODS                      CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER
            Debtor
    SSN XXX-XX-5961     SSN XXX-XX-9361


-------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
       The case was filed on 07/29/2004 and was confirmed 09/22/2004.

       The plan was confirmed to pay secured creditors 100% and unsecured
    creditors 100.00%.

       The case was paid in full 05/12/2008.
-------------------------------------------------------------------------
    CREDITOR NAME            CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID            PAID
-------------------------------------------------------------------------
    TRIAD FINANCIAL          SECURED          20000.00        960.05        20000.00
    CHICAGO MUNICIPAL EMPLOY SECURED           3109.15        232.15         3109.15
    CHICAGO MUNICIPAL EMPLOY NOTICE ONLY     NOT FILED           .00             .00
    PORTFOLIO RECOVERY ASSOC UNSECURED         7694.94           .00         7694.94
    B-FIRST LLC              UNSECURED         4182.93           .00         4182.93
    FCNB                     NOTICE ONLY     NOT FILED           .00             .00
    FIRST USA BANK           UNSECURED       NOT FILED           .00             .00
    FIRST USA BANK NA        NOTICE ONLY     NOT FILED           .00             .00
    B-FIRST LLC              UNSECURED        10886.05           .00        10886.05
    METRIS COMPANIES         NOTICE ONLY     NOT FILED           .00             .00
    METRIS COMPANIES         NOTICE ONLY     NOT FILED           .00             .00
    JEFFERSON CAPITAL SYSTEM UNSECURED         5056.28           .00         5056.28
    SAMS CLUB                NOTICE ONLY     NOT FILED           .00             .00
    RESURGENT ACQUISITION LL UNSECURED         7484.85           .00         7484.85
    SEARS ROEBUCK & CO       NOTICE ONLY     NOT FILED           .00             .00
    SEARS                    NOTICE ONLY     NOT FILED           .00             .00
    ROUNDUP FUNDING LLC      UNSECURED          614.16           .00          614.16
    PROMONTORY CORP          NOTICE ONLY     NOT FILED           .00             .00
    TRIAD FINANCIAL          UNSECURED           35.21           .00           35.21
    PETER FRANCIS GERACI     DEBTOR ATTY       2,700.00                     2,700.00
    TOM VAUGHN               TRUSTEE                                        3,750.72
    DEBTOR REFUND            REFUND                                         1,018.51

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------
    TRUSTEE              67,725.00

    PRIORITY                                            .00
    SECURED                                       23,109.15
        INTEREST                                   1,192.20

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 28183 JAMES ANDERSON WOODS & MARIA ESTELLA WOODS
```

```
UNSECURED                                          35,954.42
ADMINISTRATIVE                                      2,700.00
TRUSTEE COMPENSATION                                3,750.72
DEBTOR REFUND                                       1,018.51
                              ---------------    ---------------
TOTALS                             67,725.00          67,725.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 07/29/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE

                         PAGE   2
       CASE NO. 04 B 28183 JAMES ANDERSON WOODS & MARIA ESTELLA WOODS